# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:11 cr 14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| WILLIAM LEE PEOPLES, II, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER coming on to be heard before the undersigned, pursuant to a motion filed by defendant's counsel entitled "Motion to Reconsider Pre-Trial Release" (#13). It appearing to the court at the call of this matter on for hearing that the government had no objection to the request of defendant that the court reconsider the issue of detention of defendant and to allow defendant to attend the CHAMPS drug treatment program.

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Motion to Reconsider Pre-Trial Release" (#13) is hereby **ALLOWE**D and defendant shall be released to attend the CHAMPS drug treatment program as set forth in the terms and conditions of pretrial release entered in this matter and shall appear of record.

Signed: March 8, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge